**Exhibit A to the Complaint**

**Location:** San Diego, CA  **IP Address:** 104.6.137.249
**Total Works Infringed:** 37  **ISP:** AT&T U-verse

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 8A849EFA63EA5EDCF6E3E4CD84553705F921A551 | Blacked | 09/13/2017 05:18:47 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 2 | 0326E8923C58852725F5A7857833A4CD3E715289 | Tushy | 05/07/2017 05:13:05 | 05/06/2017 | 06/15/2017 | 15389210313 |
| 3 | 0946BCB9FA321EEB4153B631B911DCCD8D12FC41 | Blacked | 08/23/2017 21:44:40 | 08/23/2017 | 08/24/2017 | 15894022831 |
| 4 | 0CDBD0333DA291B0276BF1BA0EAFD06E898DA0FA | Tushy | 06/06/2017 05:23:21 | 06/05/2017 | 07/06/2017 | 15583057012 |
| 5 | 1702BF88C607938862AD5AD08D3799C7A76C4EC1 | Vixen | 11/06/2017 05:22:32 | 11/05/2017 | 11/15/2017 | 16016503631 |
| 6 | 183343963DB45B2E84C3C6510408986D8532945E | Vixen | 08/03/2017 05:08:40 | 08/02/2017 | 08/17/2017 | 15732903934 |
| 7 | 190D327F46FDAD0685F08FC1B0086A19C157AA0C | Vixen | 08/18/2017 02:50:21 | 08/17/2017 | 08/24/2017 | 15894022586 |
| 8 | 23C75D98A22B6821F255E85F2ED58CC5CEC8E2DD | Blacked | 09/28/2017 05:32:02 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 9 | 2ABF907D77EA349F7CAA0EA505AC47BAF8102B9D | Vixen | 05/10/2017 05:44:58 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 10 | 2FE5A77075580DAA4C39306919575DCDAA4749C9 | Blacked | 05/21/2017 05:01:05 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 11 | 322F6ABAB019761A6FF3C1211AF75B28137F013F | Vixen | 06/09/2017 05:20:25 | 06/08/2017 | 07/06/2017 | 15584691637 |
| 12 | 337A87F18ACD71687C3733C359197601B44E39FF | Vixen | 05/31/2017 05:19:48 | 05/29/2017 | 06/22/2017 | PA0002039292 |
| 13 | 33EC6A94C7988B779B466B4B3746F0FBE1CD97F5 | Blacked | 08/31/2017 04:41:10 | 08/28/2017 | 09/07/2017 | PA0002052848 |
| 14 | 40F3BC446DAC4771B342E80EC808DD051A43142C | Tushy | 08/23/2017 02:37:42 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 15 | 4B86BC16D0E5A0983C578B61ED87BC62C55B116A | Vixen | 08/13/2017 04:42:34 | 08/12/2017 | 08/17/2017 | 15732986308 |
| 16 | 5390CEBBD96780F58604B23FF335E742F30FAD2B | Tushy | 08/15/2017 05:45:39 | 08/14/2017 | 08/17/2017 | PA0002048391 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 53FF1B4BD8FB69630FE0A67611FE747F902F6874 | Vixen | 07/22/2017 22:33:20 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 18 | 553553FD62D75AA61FB6CA8A0359FB43667CB6F5 | Blacked | 08/27/2017 05:30:09 | 04/30/2017 | 06/15/2017 | PA0002037580 |
| 19 | 647E9C77B354EC66C0880A0501942EEB67D00B58 | Blacked | 10/28/2017 04:23:34 | 10/27/2017 | 11/15/2017 | 16016503839 |
| 20 | 6B31CCFF0D6363BF24B48A251FA6744B5F9EE28D | Vixen | 09/04/2017 04:57:08 | 09/01/2017 | 09/07/2017 | PA0002052845 |
| 21 | 6B9175E9708A1BE765BBDC6582A68A12E44A33E3 | Vixen | 07/14/2017 05:42:12 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 22 | 70635D74376BDA83301BA8010EA516382971499F | Vixen | 09/27/2017 05:26:11 | 09/26/2017 | 10/10/2017 | 15894022782 |
| 23 | 739EB8A76A0350F7CA58F6464551E732BCED35C1 | Blacked Ra | 11/04/2017 05:38:53 | 11/03/2017 | 11/15/2017 | 16013254941 |
| 24 | 74C66B184CB3F25F69326EF0C5529CDB680A8C47 | Vixen | 05/25/2017 03:37:55 | 05/24/2017 | 06/22/2017 | PA0002039294 |
| 25 | 807F407D94E9D91A368B24C5EEA7DBA5FF438450 | Vixen | 06/30/2017 05:32:11 | 06/28/2017 | 07/06/2017 | 15584691463 |
| 26 | 8AAAFBFAAE4BF934B273FE976184BB49B153D3E9 | Blacked | 07/05/2017 05:00:10 | 07/04/2017 | 07/06/2017 | 15584063685 |
| 27 | A9AA7A6F3CCAD6E873F3E7D5DD7EECF8A9A647C1 | Vixen | 10/12/2017 04:45:20 | 10/06/2017 | 10/22/2017 | 15918925981 |
| 28 | ABA3185239B251D6E7A62F68D74D3B5B1CF48671 | Vixen | 08/23/2017 02:43:39 | 08/22/2017 | 09/07/2017 | PA0002052852 |
| 29 | B6A016EA7398CDBCE3C5F7AD2E9F542A2CC211CA | Blacked | 07/10/2017 04:32:42 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 30 | BE5597C4A7B1F19B5621990FF26DCD959FC7EEDA | Blacked | 07/15/2017 05:04:00 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 31 | BFB89D9733F601D4112B4779AC1E57E7657457E5 | Tushy | 10/15/2017 06:00:18 | 10/13/2017 | 10/22/2017 | PA0002058299 |
| 32 | C53C66EC767614EF7BA02E63737BBD900B5301C6 | Blacked | 10/06/2017 03:47:13 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 33 | D55129297A52F9D96E85025608D919EF09486F3C | Blacked | 07/30/2017 05:01:26 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 34 | E3FE04401215A6AB69C3C0FFBEA84393D0C81EBA | Blacked | 08/14/2017 04:48:22 | 03/26/2017 | 06/05/2017 | PA0002052857 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | E4D8ABD8DA62854EE56E674BFF10AA1FA957A941 | Vixen | 06/05/2017 05:14:08 | 06/03/2017 | 07/06/2017 | 15584691685 |
| 36 | F4B1214D5F997A14D4D5996E170CB5F3C2D0C597 | Vixen | 10/12/2017 05:22:39 | 10/11/2017 | 10/22/2017 | 15918925932 |
| 37 | F87CE6AD0EE54768B9BD0D32D2FFD84A024F3B7A | Vixen | 08/27/2017 05:28:17 | 07/08/2017 | 08/17/2017 | 15732903239 |